UNITED STATES of America, Appellant, v. CITY OF DETROIT, MICHIGAN, et al., Appellees.

No. 9488.

Circuit Court of Appeals, Sixth Circuit.

Nov. 30, 1943.

For former opinion, see 138 F.2d 418.

John C. Lehr and Arnold W. Lungerhausen, both of Detroit, Mich., for the United States.

Paul E. Krause, John G. Dunn, William E. Dowling, Robert M. Drysdale, and Beaumont, Smith & Harris, all of Detroit, Mich., and Herbert J. Rushton, Peter E. Bradt, and Elbern Parsons, all of Lansing, Mich., for appellees.

Before SIMONS, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

Upon consideration of the petition for rehearing in the above-entitled cause, it is hereby ordered that the order heretofore entered herein affirming decision below, is recalled and in substitution thereof, following order is entered:

It appearing by brief and argument that the legal issue involved, namely the validity of a tax lien of the United States without full compliance with the statute of the State of Michigan requiring the lien, upon recording, to specifically describe real estate belonging to the taxpayer, is substantially the same as the issue decided adversely to the appellant in United States v. Maniaci, 6 Cir., 116 F.2d 935, wherein we adopted the reasoning of the District Court for the Western District of Michigan in an opinion reported in 36 F.Supp. 293, and

The court not being persuaded by brief and argument that our decision in that case was unsound and not in accordance with law, nor that the distinguishing features of the present case are material, nor that the additional arguments advanced are persuasive of a contrary result.

It is ordered that the decision below be and it is hereby affirmed, and it is hereby also ordered that the petition for rehearing is in all other respects

Denied.

Hugh J. BARRY, Bankrupt-Appellee, v. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Objecting Creditor-Appellant.

No. 299.

Circuit Court of Appeals, Second Circuit.

April 24, 1944.

Henry W. Parker, of New York City, for appellant.

Friedman & Friedman, of New York City (Hyman R. Friedman, of New York City, of counsel), for bankrupt-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order granting the discharge of the bankrupt and reversing the order of the referee denying his discharge affirmed upon opinion below, In re Barry, 52 F.Supp. 492.

Gertrude M. BARRY, Bankrupt-Appellee, v. MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Objecting Creditor-Appellant.

No. 300.

Circuit Court of Appeals, Second Circuit.

April 24, 1944.

Henry W. Parker, of New York City, for appellant.

Friedman & Friedman, of New York City (Hyman R. Friedman, of New York City, of counsel) for bankrupt-appellee.

Before AUGUSTUS N. HAND, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order granting the discharge of the bankrupt and reversing the order of the referee denying her discharge affirmed upon opinion below, In re Barry, 52 F.Supp. 496.